IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 12 P 4: 25

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

**ED SMITH**                                          *

            Plaintiff                       *

            vs                              *          Civil Action No.: MJG-00-1457

**JORDON WELSH**                                      *

            Defendants                      *

                       ******

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this ___12/12___ day of ___December___ 20_01_,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Marvin J. Garbis
United States District Judge

U.S. District Court (Rev. 1/2000)

12/13/01