IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ED SMITH | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-00-1457 |
| JORDON WELSH, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

ORDER DISMISSING CASE

Pursuant to Rule 103.8 of the Rules of the United States District Court For the District of Maryland, on December 12, 2001, the Court issued an Order to Show Cause directing Plaintiff to show cause by December 26, 2001 why this action should not be dismissed without prejudice. Since this Order was not complied with, this action is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 2nd day of January, 2002.

_____
Marvin J. Garbis
United States District Judge